# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. HEADEN,<br><br>Plaintiff,<br><br>v.<br><br>ADAME, et al.,<br><br>Defendants. | Case No. 1:26-cv-08103-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF Nos. 4, 8) |

Plaintiff is proceeding *pro se* in this 42 U.S.C. § 1983 action. As relevant here, on July 28, 2026, the United States District Court for the Northern District of California screened Plaintiff's complaint finding that Plaintiff had failed to state a cognizable claim. (ECF No. 4.) Plaintiff's claims were therefore dismissed without prejudice, and Plaintiff was granted leave to file an amended complaint within twenty-eight days of the date the order was filed. (Id.) Plaintiff did not file an amended complaint. On September 30, 2026, the court granted Defendants' motion to transfer and transferred the action to the United States District Court for the Eastern District of California. (ECF No. 8.) Plaintiff was provided with a blank prisoner civil rights complaint form and a copy of the order. (Id.)

The Court observes that to date, Plaintiff has not filed a first amended complaint, notwithstanding the twenty-eight-day deadline imposed by the Northern District of California and

the passage of nearly one month since the action was transferred to this District.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order Plaintiff shall show cause why this action should not be dismissed for failure to prosecute; and

2. **Failure to comply with this order will result in a recommendation to a district judge to dismiss this action for failure to prosecute and/or failure to comply with a court order.**

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge